UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JULIANA GONZALEZ,                                                 :
                                                                  :
                              Plaintiff,                          :
                                                                  :          22 Civ. 9938 (JPC)
             -v-                                                  :
                                                                  :          ORDER
CONSTELLATION AGENCY, LLC,                                        :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that the parties to this case have reached a settlement

governing all issues in dispute between the parties.  Unless this case has already been dismissed

by that date, the parties are ordered to submit a status letter by June 1, 2023 updating the Court on

what progress has been made towards finalizing settlement.

       SO ORDERED.

Dated:  April 26, 2023
        New York, New York                       _____
                                                        JOHN P. CRONAN
                                                     United States District Judge